# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Jason Appel,                                            Civ. No. 13-1671 (DSD/JJK)

      Plaintiff,

v.

                                                        **ORDER**

Federal Home Loan Mortgage Corporation,

      Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated January 23, 2014.  No objections have been filed to that Report and Recommendation in the time period permitted.  Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss [ECF 23], is **GRANTED**;

2. The Motion to Withdraw as Attorney [ECF 35] is **GRANTED;** and

3. This case is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  March 6, 2014                                       s/David S. Doty
                                                            DAVID S. DOTY, Judge
                                                            United States District Court